UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00324-MOC

| | | |
|---|---|---|
| **ERIC BERNARD LOWERY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. Having considered the respondent's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (#3) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in Beckles v. United States, No. 15-8544, and the government shall have 60 days from issuance of such decision to file its Answer or other response.

Signed: August 15, 2016

Max O. Cogburn Jr.
United States District Judge

-1-