IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV324-MOC
(3:01CR151-MOC-DCK-1)

| | |
|---|---|
| ERIC BERNARD LOWERY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the court on Petitioner's Motion, filed through counsel, to Continue Holding Petitioner's Motion under 28 U.S.C. § 2255 in Abeyance. (Doc. No. 9). The Government consents to the abeyance request. Having considered Petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Continue Holding Petitioner's Motion under 28 U.S.C. § 2255 in Abeyance, (Doc. No. 9) is **GRANTED**, and this matter is HELD in abeyance pending the Fourth Circuit's decision on a motion for rehearing and rehearing en banc in <u>United States v. Brown</u>, No. 16-7056. After issuance of the mandate in <u>Brown</u>, Petitioner shall have 14 days to file a Reply.

Signed: October 16, 2017



Max O. Cogburn Jr.
United States District Judge

-1-