IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV324-MOC
(3:01CR151-MOC-DCK-1)

| | |
|---|---|
| ERIC BERNARD LOWERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Stay, (Doc. No. 12). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Stay, (Doc. No. 12) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in United States v. Brown, No. 16-7056. After issuance of such decision, Petitioner shall have 30 days to file a Reply.

Signed: March 20, 2018

Max O. Cogburn Jr.
United States District Judge

-1-